PHILLIP K. WANG (SBN 186712)
NEIL W. BASON (SBN 167662)
MEAGEN E. LEARY (SBN 233103)
**DUANE MORRIS LLP**
One Market Plaza
Spear Tower, Suite 2200
San Francisco, CA  94105-1127
Telephone: 415.957.3000
Facsimile:  415.957.3001
E-Mail:  pwang@duanemorris.com
         nwbason@duanemorris.com
         mleary@duanemorris.com

Attorneys for Secured Creditor
GCCFC 2006-GG7 LOS GATOS
LODGING LIMITED PARTNERSHIP

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>LOS GATOS HOTEL CORPORATION,<br><br>Debtor. | Case No. 10-63135 ASW<br><br>Chapter 11<br><br>**NOTICE OF SECURED CREDITOR'S NON-CONSENT TO USE OF CASH COLLATERAL, AND DEMAND FOR SEQUESTRATION** |

**TO DEBTOR, ITS COUNSEL OF RECORD, AND ALL CREDITORS AND OTHER INTERESTED PARTIES:**

**PLEASE TAKE NOTICE THAT** all revenues, rents, income and profits (collectively, "Rents") derived from the real property and improvements commonly referred to as Hotel Los Gatos, located at 210 East Main Street, in the City of Los Gatos, Santa Clara County, California (the "Property") are (1) the property of secured creditor GCCFC 2006-GG7 LOS GATOS LODGING LIMITED PARTNERSHIP ("Secured Creditor") under an absolute assignment of such Rents, and/or (2) constitute Secured Creditor's cash collateral, all pursuant to, *inter alia*, a first priority Deed of Trust, Assignment Of Rents And Security Agreement (Hotel), and certain Financing Statements,

1
NOTICE OF NON-CONSENT TO USE OF CASH COLLATERAL, AND DEMAND FOR SEQUESTRATION – CASE NO. 10-31282-MKN
DM3\1588818.1 RJ501/00067

Case: 10-63135    Doc# 5    Filed: 12/28/10    Entered: 12/28/10 13:02:01    Page 1 of 3

each recorded against the Property and/or filed against the above-captioned debtor, LOS GATOS HOTEL CORPORATION ("Debtor").

**PLEASE TAKE FURTHER NOTICE** that Secured Creditor does <u>not</u> consent to the use or expenditure of the Rents by Debtor or any other person, and any such use or expenditure is prohibited pursuant to, *inter alia*, 11 U.S.C. § 363(c)(2). In addition, <u>Secured Creditor hereby demands that all Rents be segregated and that Debtor immediately provide an accounting of such cash collateral to Secured Creditor through its undersigned attorneys</u>, as required by to 11 U.S.C. § 363(c)(4)**.**

DATED: December 28, 2010

DUANE MORRIS LLP

By: */s/ Phillip K. Wang*
Phillip K. Wang
Attorneys for Secured Creditor
GCCFC 2006-GG7 LOS GATOS
LODGING LIMITED PARTNERSHIP

# PROOF OF SERVICE

I hereby certify that I am a citizen of the United States and am employed in San Francisco County, where this mailing occurs. I am over the age of eighteen years and not a party to the within entitled action; my business address is One Market Plaza, Spear Tower, Suite 2200, San Francisco, CA 94105-1127. On December 28, 2010, I served the document described as **NOTICE OF SECURED CREDITOR'S NON-CONSENT TO USE OF CASH COLLATERAL, AND DEMAND FOR SEQUESTRATION** on the interested party(ies) in this action as follows:

Jeffry A. Davis, Esq.
Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
3580 Carmel Mountain Road, Suite 300
San Diego, CA 92130
Telephone: 858.314.1500
Facsimile: 858.314.1501
Email: jadavis@mintz.com
*Attorneys for Debtor*

Office of the U.S. Trustee
U.S. Federal Building
280 S. First Street, Suite 268
San Jose, CA 95113-3004

Dennis B. Arnold, Esq. (Via E-Mail)
Gibson, Dunn & Crutcher LLP
333 South Grand Ave.
Los Angeles, CA 90071-3197
Telephone: 213.229.7864
Facsimile: 213.229.6864
Email: DArnold@gibsondunn.com
*Attorneys for Joie de Vivre*

☒ **BY MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Las Vegas, Nevada, in the ordinary course of business.

☐ **BY FEDERAL EXPRESS:** I served said document(s) to be delivered on the same day to a courier or driver authorized by Federal Express to receive documents, in an envelope or package designated by Federal Express.

☒ **BY ELECTRONIC SERVICE:** I served a true copy, with all exhibits, electronically on designated recipients via electronic transmission of said document(s) as provided under Federal Rules of Civil Procedure.

Dated: December 28, 2010        */s/ Joan Nazzal (xxx-xx-7574)*
                                Joan Nazzal