

1  Jeffry A. Davis (SBN 103299)
   Joseph R. Dunn (SBN 238069)
2  Abigail V. O'Brient (SBN 265704)
   **MINTZ LEVIN COHN FERRIS**
3  **GLOVSKY AND POPEO P.C**.
   3580 Carmel Mountain Road, Suite 300
4  San Diego, CA 92130
   Tel:    858 314-1500
5  Fax:    858 314-1501

**IT IS SO ORDERED.**
**Signed January 14, 2011**

*Arthur S. Weisshrodt*

**Arthur S. Weissbrodt**
**U.S. Bankruptcy Judge**

6  Proposed Attorneys for Debtor in Possession
   Hotel Los Gatos Corporation

7

8              UNITED STATES BANKRUPTCY COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                  SAN JOSE DIVISION

| | |
|---|---|
| 11  In re | Case No. 10-63135 |
| 12  LOS GATOS HOTEL CORPORATION, | Chapter 11 |
| 13           Debtor in Possession. | **ORDER GRANTING DEBTOR'S EMERGENCY MOTION FOR ORDER (A) PROHIBITING UTILITY PROVIDERS FROM ALTERING, REFUSING OR DISCONTINUING SERVICE, (B) DEEMING UTILITIES ADEQUATELY ASSURED OF FUTURE PERFORMANCE AND (C) APPROVING ADEQUATE ASSURANCE PROCEDURES** |

Date:       TBD
Time:       TBD
Judge:      Arthur S. Weissbrodt

21

22         Upon review of the Debtor's Emergency Motion for Order (a) Prohibiting Utility Providers

23  from Altering, Refusing or Discontinuing Service, (b) Deeming Utilities Adequate Assured of Future

24  Performance and (c) Approving Adequate Protection Procedures (the "Motion"), and no objection to

25  the Motion having been made, and good cause appearing therefore,

26         IT IS HEREBY ORDERED THAT:

27         1.      The Motion is granted;

28

5290588v.1

2. All Utilities[1] supplying the Debtor are prohibited from altering, refusing or discontinuing service;

3. The Utility Deposit Account constitutes adequate assurance of payment, subject to a Utility's right to seek modification of the proposed amount pursuant to the Adequate Assurance Procedures described in the Memorandum of Points and Authorities filed concurrently with Motion; and

4. The Adequate Assurance Procedures are approved.

**\*\*END OF ORDER\*\***

---

[1] Capitalized terms not defined herein have the meaning ascribed to them in the Motion.

5290588v.1

# COURT SERVICE LIST

## VIA EMAIL

Office of the U.S. Trustee
280 South First Street, Room 268
San Jose, CA 95113
Patti.vargas@usdoj.gov

## VIA E-MAIL
Emily S. Keller, Esq.
Office of the U.S. Trustee
280 S. First Street, Ste. 268
San Jose, CA 95113
Emily.s.keller@usdoj.gov

## UTILITIES-VIA FAX OR FED EX OVERNIGHT

AT&T
Wayne Watts, General Counsel
208 South Akard Street
Suite 210
Dallas, TX 75202-4206
Fax: 210-464-2250

Comcast
Arthur R Block, Senior Vice President, General Counsel, and Secretary
1701 John F. Kennedy Boulevard One Comcast Center
Philadelphia, PA 19103
Fax 215-981-7794

PG&E
Hyun Park, Senior Vice President and General Counsel
One Market Spear Tower Suite 2400
San Francisco, CA 94105-1126
Fax: 415-973-0516

San Jose Water
Suzy Papazian, Corporate Counsel
110 West Taylor Street
San Jose, CA 95110
Fax: 408-279-7934

Verizon
Randal S Milch, Executive Vice President and General Counsel
140 West Street
New York, NY 10007
Fax: 212-571-1897

West Valley Collection and Recycling
Patrick J Shea, Vice President, Secretary and General Counsel
2295 Iron Point Road Suite 200
Folsom, CA 95630
Fax: 916-772-2920

Case: 10-63135   Doc# 63   Filed: 01/14/11   Entered: 01/14/11 15:44:33   Page 3 of 4

5290588v.1

**20 LARGEST UNSECURED CREDITORS – VIA FAX EXCEPT AS NOTED**

| | | |
|---|---|---|
| AT&T Long Distance<br>P.O. Box 5017<br>Carol Stream, IL 60197 | AT&T Mobility<br>P.O. Box 6463<br>Carol Stream, IL 60197 | Bhagwaan Asre Limousine<br>344 S. Baywood Avenue<br>San Jose, CA 95128 |
| Brayton Gosslin<br>Petty Cash Custodian<br>c/o Hotel Los Gatos<br>210 E. Main Street<br>Los Gatos, CA 95030 | California Hotel &<br>Lodging Assn.<br>1127 11th Street, Suite 300<br>Sacramento, CA 95814<br>**FEDEX OVERNIGHT** | Cintas Corporation<br>P.O. Box 349100<br>Sacramento, CA 95814 |
| Classic Wines<br>P.O. Box 51512<br>Los Angeles, CA 90051 | Comcast<br>P.O. Box 34744<br>Seattle, WA 98124 | Courtesy Cleaner & Drape, Inc.<br>835 Leong Drive<br>Mountain View, CA 94043 |
| Delta Care USA<br>P.O. Box 1803<br>Alpharetta, GA 30023 | Equator Estate Coffees &<br>Teas<br>115 Jordan Street<br>Sam Rafael, CA 94901 | FedEx<br>P.O. Box 7221<br>Pasadena, CA 91109 |
| Greenleaf<br>1955 Jerrold Avenue<br>San Francisco, CA 94124 | Guest-Tek Interactive<br>Entertainment<br>Dept. at 952235<br>Atlanta, GA 31192 | Jillbee<br>121 Cherry Wood Court<br>Los Gatos, CA 95032 |
| Joie de Vivre<br>Attn: Michael Wisner, CFO<br>530 Bush Street, Suite 501<br>San Francisco, CA 94108 | Los Gatos Fitness, Inc.<br>285 E. Main Street<br>Los Gatos, CA 95030 | Peninsula Builders<br>334 Santana Row,<br>Suite 225<br>San Jose, CA 95128 |
| The Posh Bakery<br>P.O. Box 600000<br>San Francisco, CA 94180 | Rina's Spa<br>rinaspa@hotmail.com<br>**EMAIL** | |

**SPECIAL NOTICE – VIA NEF & EMAIL**

| | | |
|---|---|---|
| Phillip K. Wang<br>Duane Morris LLP<br>One Market Plaza<br>Spear Street Tower, Suite 2200<br>San Francisco, CA 94105-1127<br>pwang@duanemorris.com<br>nwbason@duanemorris.com<br>meleary@duanemorris.com | Dennis Arnold<br>Daniel B. Denny<br>Gibson Dunn<br>333 South Grand Avenue<br>Los Angeles, CA 90071<br>darnold@gibsondunn.com<br>ddenny@gibsondunn.com | Philip S. Harris<br>Harris Hospitality Law<br>17 Frances Avenue<br>Larkspur, CA 94939<br>philip@harrishospitalitylaw.com |
| **EMAIL**<br>Leslie Ogilvie<br>Director<br>leslieogilvie@yahoo.com | **EMAIL**<br>Terrie Christiansen<br>Director<br>pobox2118@aol.com | |

Case: 10-63135    Doc# 63    Filed: 01/14/11    Entered: 01/14/11 15:44:33    Page 4 of 4

5290588v.1