Jeffry A. Davis (SBN 103299)
Abigail V. O'Brient (SBN 265704)
**MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C**.
3580 Carmel Mountain Road, Suite 300
San Diego, CA 92130
Tel: 858-314-1500
Fax: 858-314-1501

Attorneys for Debtor in Possession
Los Gatos Hotel Corporation

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>LOS GATOS HOTEL CORPORATION,<br><br>               Debtor in Possession. | Case No. 10-63135-ASW<br><br>Chapter 11<br><br>**DEBTOR'S STATUS CONFERENCE STATEMENT**<br><br>Date:       July 3, 2014<br>Time:      2:30 p.m.<br>Courtroom: 3035<br>                   280 S. First Street<br>                   San Jose, CA 95113<br>Judge:     Arthur S. Weissbrodt |

      Los Gatos Hotel Corporation (the "Debtor") files this Status Conference Statement in connection with the status conference and hearing (the "Status Conference") to be held on July 3, 2014 at 2:30 p.m. on (1) the Third Amended Disclosure Statement in Support of Debtor's Third Amended Chapter 11 Plan of Reorganization (Dated December 20, 2013) (the "Disclosure Statement") (Docket No. 403); (2) the Objection to Claim of GCCFC 2006-GG7 Los Gatos Lodging Limited Partnership (the "Secured Creditor") (Docket No. 297); and (3) the Objection to Claim of Joie de Vivre Hospitality, Inc. (Docket No. 302) (together with Docket No. 297, the "Claim Objections").

**I.**

**STATUS OF DISCLOSURE STATEMENT AND SALE**

      On March 14, 2014, the Court entered an order authorizing the Debtor to employ Eastdil

Secured Broker Services, Inc. ("Eastdil") as its real estate broker. (Docket No. 435.) The Debtor's board of directors is currently discussing the terms of offers made by several prospective purchasers of the hotel. The Debtor may complete negotiations with potential purchasers before the Hearing. After the Debtor has decided which offer to accept, it will file its Fourth Amended Disclosure Statement and Fourth Amended Plan of Reorganization (the "Plan") to effectuate the sale of the Hotel. Therefore, the Debtor will not seek approval of the Disclosure Statement at the Hearing. However, the Debtor may request that the Court set an expedited schedule for confirmation of the Plan to meet the requirements of the accepted offer.

## II.

## STATUS OF CLAIM OBJECTIONS

The Debtor and the Secured Creditor have continued to exchange information in an attempt to resolve the Claim Objections.

## III.

## STATUS OF MONTHLY OPERATING REPORTS

The Debtor has filed all monthly operating reports through May 2014.

## IV.

## REQUEST FOR CONTINUANCE

In order to allow the sale process to conclude and the Debtor to propose its Fourth Amended Plan of Reorganization and Fourth Amended Disclosure Statement, the Debtor requests that the Court continue the Status Conference for ninety days.

Dated: June 26, 2014      */s/ Jeffry A. Davis*
Jeffry A. Davis
Abigail V. O'Brient
**MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C**.

Attorneys for Debtor in Possession
Los Gatos Hotel Corporation

# CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 3580 Carmel Mountain Road, Suite 300, San Diego, California 92130. On June 26, 2014, I served the within document:

**DEBTOR'S STATUS CONFERENCE STATEMENT**

X **ELECTRONIC MAIL**: By sending such document by electronic mail on June 26, 2014. To the best of my knowledge, the transmission was reported as complete and no error was reported that the electronic transmission was not completed.

X **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**: Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On June 26, 2014, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

SEE ATTACHED SERVICE LIST

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 26, 2014, at San Diego, California.

/s/ Diane Johnson
Diane Johnson

# SERVICE LIST
*In re Los Gatos Hotel Corporation*, Case No. 10-63135

**VIA NEF**
**10-63135 Notice will be electronically mailed to:**

Jeffry A. Davis on behalf of Debtor Los Gatos Hotel Corporation
jadavis@mintz.com, DSJohnson@mintz.com

Daniel B. Denny on behalf of Requestor Joie de Vivre Hospitality, Inc.
ddenny@gibsondunn.com, bmendelovitz@gibsondunn.com

Joseph R. Dunn on behalf of Plaintiff Los Gatos Hotel Corporation
jrdunn@mintz.com, TLMayo@mintz.com;docketing@mintz.com

William J. Keegan on behalf of Plaintiff Almaden Limited Partnership
keeglink@keeganlawfirm.com

William J. Keegan on behalf of Plaintiff Los Gatos Hotel Corporation
keeglink@keeganlawfirm.com

William J. Keegan on behalf of Plaintiff Pinn Brothers Construction, Inc.
keeglink@keeganlawfirm.com

William J. Keegan on behalf of Plaintiff Alan Pinn
keeglink@keeganlawfirm.com

William J. Keegan on behalf of Plaintiff David Pinn
keeglink@keeganlawfirm.com

William J. Keegan on behalf of stockholders Alan Pinn
keeglink@keeganlawfirm.com

Michael Lauter on behalf of Creditor GCCFC 2006-GG7 Los Gatos Lodging Limited partnership
mlauter@sheppardmullin.com

Abigail O'Brient on behalf of Debtor Los Gatos Hotel Corporation
aobrient@mintz.com, dsjohnson@mintz.com

Abigail O'Brient on behalf of Plaintiff Los Gatos Hotel Corporation
aobrient@mintz.com, dsjohnson@mintz.com

Office of the U.S. Trustee / SJ
USTPRegion17.SJ.ECF@usdoj.gov, ltroxas@hotmail.com

Donna Taylor Parkinson on behalf of Requestor West Valley Collection & Recycling
donna@parkinsonphinney.com

Michael St. James on behalf of Creditor Terrie Ogilvie Christiansen
ecf@stjames-law.com

John S. Wesolowski on behalf of U.S. Trustee Office of the U.S. Trustee / SJ
john.wesolowski@usdoj.gov

**VIA EMAIL**
Denise Bachmeyer
Waste Connections, Inc.
10001 Woodloch Forest Drive, Suite 400
The Woodlands, TX, 77380
deniseba@wasteconnections.com

Audrey Baker
Stein & Lubin LLP
600 Montgomery St., 14th Fl.
San Francisco, CA 94111
abaker@steinlubin.com

Alan M. Feld, Esq.
Sheppard, Mullin, Richter & Hampton
333 S. Hope Street, 43rd Floor
Los Angeles, CA 90071-1422
afeld@sheppardmullin.com

Michael Lauter, Esq.
Sheppard, Mullin, Richter & Hampton
Four Embarcadero Center
Seventeenth Floor
San Francisco, CA 94111
mlauter@sheppardmullin.com

John Wesolowski, Esq.
Office of the U.S. Trustee
280 S. First Street, Ste. 268
San Jose, CA 95113
john.wesolowski@usdoj.gov