Signed and Filed: July 1, 2015

_____
**DENNIS MONTALI**
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>LOS GATOS HOTEL CORPORATION,<br><br>                    Debtor. | ) Bankruptcy Case<br>) No. 10-63135 DM<br>)<br>) Chapter 11<br>)<br>) |

ORDER REGARDING REASSIGNMENT

    This case has been reassigned to Judge Dennis Montali as of July 1, 2015. All parties are encouraged to review Judge Montali's Practice and Procedures and his San Jose Division Open Calendar Dates and Procedure, both available on the court's website.

    The hearings on the claim objection and plan/disclosure statement now set for July 17, 2015, at 2:30 p.m. are continued to July 22, 2015 at 11:30 a.m. in Courtroom 3070 in San Jose.

                             **END OF ORDER**